# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ANTHONY TINDALL** | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No.  06-10011-NG** |
| **v.** | ) | |
| | ) | |
| **TARGET CORPORATION** | ) | |
| **Defendant** | ) | |

### Stipulation of dismissal

The parties hereby stipulate that this action be dismissed, with prejudice and without

costs and waiving all rights of appeal.

Anthony Tindall, plaintiff
By his attorneys,

/s/  Harvey A. Schwartz
Harvey A. Schwartz
BBO # 448080
Laurie A. Frankl
BBO # 647181
Rodgers, Powers and Schwartz
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

TARGET CORPORATION
By its Attorneys

  /s/ Lynn A. Kappelman
Lynn A. Kappelman (BBO # 642017)
Barry J. Miller (BBO # 661596)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800